UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>F. ACOSTA,<br><br>    Defendant. | No. 1:19-cv-00401-NONE-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 16) |

    Plaintiff Barry L. Brookins is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 27, 2021, the assigned magistrate judge issued findings and recommendations, finding that plaintiff's second amended complaint (Doc. No. 12) states a cognizable claim of retaliation against defendant F. Acosta for alleged destruction of plaintiff's property and that it stated no other claims.  (Doc. No. 16.)  The findings and recommendations were served on plaintiff and provided that objections thereto may be filed within 14 days.  (*Id.* at 12.)  Plaintiff filed objections on August 13, 2021.  (Doc. No. 17.)  The objections relate to exhaustion of administrative remedies and do not address the magistrate judge's reasoning.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's

objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 27, 2021 (Doc. No. 16) are adopted in full;
2. This action shall proceed on plaintiff's claims asserted in the second amended complaint against defendant for retaliation in violation of plaintiff's First Amendment rights with respect to the alleged seizure and destruction of plaintiff's property and that all other claims are dismissed; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 26, 2021**

_____
UNITED STATES DISTRICT JUDGE