UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS, | Case No. 1:19-cv-00401-JLT-HBK |
| Plaintiff, | ORDER DENYING MOTION FOR COPY |
| v. | (Doc. No. 27) |
| F. ACOSTA, | |
| Defendant. | |

Pending is Plaintiff's motion requesting a courtesy copy of the "first amended complaint" dated "March 25, 2019." (Doc. No. 27 at 1). Plaintiff provides no reason why he requires a copy of the pleading requested.

Plaintiff's request for a copy of his first amended complaint, or a copy of any pleading, should be directed to the clerk's office, not to the court via a motion. Plaintiff is reminded that "proceeding *in forma pauperis* does not entitle a party to the waiver of anything other than court filing fees." *Martin v. McNut*, 2011 WL 4543039, at *1 (E.D. Cal. Sept. 28, 2011). Nor does plaintiff's *pro se* or prisoner status entitle him to receive complimentary copies. *Blair v. CDCR*, 2018 WL 1959532, at *6 f. 2 (E.D. Cal. Apr. 25, 2018). Consistent with statute, the court will provide copies of documents and the docket sheet at $0.50 per page. *See* 28 U.S.C. § 1914. Checks in the exact amount are payable to "Clerk, USDC."

A review of the docket reveals no pleading docketed on March 25, 2019 nor signed and

1  dated by Plaintiff on March 25, 2019.  Plaintiff's initial complaint (Doc. No. 1) was docketed on
2  March 28, 2019 and was signed and dated by Plaintiff on March 4, 2019.  The original complaint
3  is comprised of 25 pages.  Plaintiff's first amended complaint (Doc. No. 8) was docketed on
4  October 7, 2019 and was signed and dated by Plaintiff on September 27, 2019.  The first amended
5  complaint is comprised of 83 pages.  Plaintiff's operative complaint, his second amended
6  complaint (Doc. No. 12), was docketed on April 1, 2020 and was signed and dated by Plaintiff on
7  March 29, 2020.  The second amended complaint is comprised of 11 pages.

8  Thus, to the extent Plaintiff wishes to obtain a copy of one of his former pleadings, he
9  should forward a check in the amount necessary to the Clerk with his request for the same (*i.e.*
10  multiple the number of pages by $0.50 per page).

11  Accordingly, it is hereby **ORDERED**:

12  Plaintiff's motion requesting a courtesy copy of the first amended complaint (Doc. No.
13  27) is DENIED.

Dated:   March 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE