UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>F. ACOSTA,<br><br>        Defendant. | Case No.  1:19-cv-00401-JLT-HBK<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURTESY COPY<br><br>(Doc. No. 40) |

Plaintiff, Barry Brookins, a state prisoner is proceeding pro se and *in forma pauperis* on his second amended complaint filed under 42 U.S.C. § 1983.  (Doc. Nos. 6, 12).  Pending before the Court is Plaintiff's motion requesting a courtesy copy of his opposition to Defendant's motion to amend his answer filed on November 2, 2022.  (*See* Doc. No. 36).

The Court previously summarized the relevant Local Rules applicable to pro se cases in its First Informational Order in Prisoner/Civil Detainee Civil Rights Case filed March 29, 2019.  (*See* Doc. No. 2).  Neither Plaintiff's pro se status nor his prisoner status entitle him to receive complimentary copies.  *Blair v. CDCR*, 2018 WL 1959532, at *6 n. 2 (E.D. Cal. Apr. 25, 2018).  Consistent with statute, the Court provides copies of the pleadings at $0.50 per page.  *See* 28 U.S.C. § 1914.  Checks in the exact amount are payable to "Clerk, USDC."  Plaintiff's opposition is three pages.  Thus, to the extent Plaintiff wants a copy of the requested document he should forward a check in the amount of $1.50 to the Clerk.

Accordingly, it is **ORDERED**:

Plaintiff's motion (Doc. No. 40) for a courtesy copy of his opposition to Defendant's motion to amend his answer filed on November 2, 2022 is DENIED.

Dated:  December 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE