# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>           Plaintiff,<br><br>    v.<br><br>F. ACOSTA,<br><br>           Defendant. | Case No. 1:19-cv-00401-JLT-HBK (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER<br><br>(Doc. No. 43) |

On December 22, 2022, Plaintiff filed a reply to Defendant's Second Amended Answer. (Doc. No. 43). A reply to an answer is permitted only if the court issues an order directing a plaintiff to file a reply. Fed. R. Civ. P. 7(a)(7). The Court did not direct Plaintiff to file a reply. Thus, Plaintiff's *sua sponte* reply to Defendant's Second Amended Answer is improper and will be stricken.

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to strike Plaintiff's reply (Doc. No. 43).

Dated:   January 3, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE