UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. ACOSTA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00401-JLT-HBK (PC)<br><br>ORDER STRIKING PLAINTIFF'S INMATE STATEMENT REPORT<br><br>(Doc. No. 47) |

On January 31, 2023, Plaintiff filed a copy of his CDCR Inmate Statement Report. (Doc. No. 47, Statement). No request for relief accompanies the Statement. The Court granted Plaintiff *in forma pauperis* status on April 8, 2019. (Doc. No. 6). "A request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). A party must "state with particularity the grounds for seeking the order; and state the relief sought." Fed. R. Civ. P. 7(b)(1)(B),(C). The Court cannot discern for what purpose Plaintiff filed the Statement. Because the filing fails to comply with the Federal Rules of Civil Procedure it will be stricken.

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to strike Plaintiff's Statement (Doc. No. 47).

Dated: 　February 2, 2023　

　　　　　　　　　　　　　　　　　　　　　*/s/ Helena M. Barch-Kuchta*
　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE