**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>          Plaintiff,<br><br>    v.<br><br>F. ACOSTA,<br><br>          Defendant. | Case No. 1:19-cv-00401-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 72) |

Barry L. Brookins alleges that Correctional Officer Defendant F. Acosta initiated a search of Brookins' cell on January 7, 2018, during which Acosta destroyed Brookins' personal property. (Doc. 12) He alleges that this occurred in retaliation for filing a civil suit against Acosta in state court. (Doc. 12.) The assigned magistrate judge issued Findings and Recommendations to grant Defendant's motion for summary judgment because Plaintiff's claim is barred by the doctrine of *res judicata*. (*See* Doc. 72.) On March 4, 2024, Plaintiff filed objections. (Doc. 73.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. As the magistrate judge correctly noted, the undisputed facts reveal that the state court proceedings determined key issues unfavorably to Plaintiff. This judgment constituted a final ruling on the merits as to any claims Plaintiff could have brought regarding the January 7, 2018 cell search and subsequent loss of

property. (Doc. 72 at 10.) Plaintiff does not dispute that there was identity of parties between the state court matter and his federal suit. Rather, in his objections, Plaintiff cites various factual issues he asserts were wrongly decided or ignored by the state courts. Even if correct, his relief cannot be found in federal court. He seems to concede this in that he fails to articulate any meaningful basis to dispute the Magistrate Judge's finding that his claim is barred by the doctrine of *res judicata*. (*See* Doc. 73 at 1-4). Thus, the Court **ORDERS**:

1. The Findings and Recommendations, filed on February 12, 2024 (Doc. 72), are **ADOPTED** in full.
2. Defendant's motion for summary judgment is **GRANTED**.
3. The Clerk of Court shall enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED.

Dated:   **March 15, 2024**

UNITED STATES DISTRICT JUDGE

2