# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS, | No. 1:19-cv-00401-JLT-HBK (PC) |
| Plaintiff, | Appeal No. 24-1801 |
| v. | ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| F. ACOSTA, | (Doc. 79) |
| Defendant. | |

Barry L. Brookins proceeded pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court dismissed the action as barred by the doctrine of res judicata and entered judgment. (Docs. 72, 74-75.) On March 25, 2024, Plaintiff filed Notice of Appeal, which was processed to the United States Court of Appeals for the Ninth Circuit as Case No. 24-1801. (Docs. 77, 78.)

The Ninth Circuit referred this matter to the Court for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where the District Court finds the appeal to be frivolous). An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

Permitting litigants to proceed *in forma pauperis* is a privilege, not a right. *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984); *Williams v. Field*, 394 F.2d 329, 332 (9th Cir., cert. denied, 393 U.S. 891 (1968)); *Williams v. Marshall*, 795 F. Supp. 978, 978-79 (N.D. Cal. 1992). Good faith on appeal is demonstrated by an objective standard of a nonfrivolous issue. *Coppedge v. U.S.* 369 U.S. 438, 445 (1962). An issue is "frivolous" where it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A "good faith" appeal must seek review of at least one "non-frivolous" issue or claim. *Hooker*, 302 F.3d at 1092.

Plaintiff's Notice of Appeal does not identify the issues Plaintiff intends to present on appeal, as required under Fed. R. Civ. P. 24(a)(1)(C). (*See* Doc. 76.) The Notice of Appeal merely gives "notice of appeal" to the Clerk of Court of the Eastern District, the Ninth Circuit, and Defendant's counsel. (Doc. 76 at 1.) Thus, the Court cannot determine whether the issues are nonfrivolous. Though Plaintiff's filing satisfies the minimum requirements of Rule 3, it does not establish that Plaintiff's appeal is non-frivolous under Rule 24. *See, e.g., Austin v. Kemper Corp.*, 2022 WL 2276894, at *1 (N.D. Cal. June 23, 2022) (denying a motion to proceed in forma pauperis on appeal for failure to comply with Rule 24(a)(1)(C), because the plaintiff did not identify the arguments he intended to present on appeal); *Sanders v. Fitness Int'l LLC*, 2024 WL 945132, at *1 (D. Ariz. Feb. 7, 2024) (denying IFP status on referral from the circuit court and upon the plaintiff's motion because "[p]laintiff does not explain which issues he plans to present on appeal"); *see also Jimenez-Valero v. Asher*, 2016 WL 8116156, at *1 (W.D. Wash. Dec. 21, 2016) ("Because [plaintiff] has not explained the basis for his appeal, the Court cannot determine whether his appeal is frivolous), *report and recommendation adopted*, 2017 WL 384386 (W.D. Wash. Jan. 24, 2017).

Moreover, as the Court previously noted, Plaintiff did not identify any basis to dispute the determination that his claimed is barred by the doctrine of *res judicata*. (Doc. 74 at 2.) Rather, Plaintiff merely cited factual issues he believed the state court wrongly decided or ignored. (*Id.*) Indeed, the Court considered the objections and found Plaintiff "does not dispute that there was an identity of parties between the state court matter and his federal suit." (*Id.*)

Because Plaintiff failed to cite any basis for his appeal, the Court finds that Plaintiff's

appeal is frivolous and not taken in good faith.  Accordingly, the Court **ORDERS**:

    1.    The appeal is declared frivolous and not taken in good faith.

    2.    Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in Appeal No. 24-1801, filed March 25, 2024.

    3.    Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed *in forma pauperis* for this appeal.

    4.    Defendant's request to revoke *in forma pauperis* status (Doc. 80) is terminated as moot.[1]

    5.    The Clerk of the Court is directed to serve a copy of this order on the parties and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] The Court independently performed its analysis related to the Ninth Circuit's referral, as Defendant was not invited to respond to the referral notice.

3